IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CRIM. NO. 2022-CR-003 |
| ) | |
| SEBASTIAN SOOGRIM, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING SUPPLEMENT DISCOVERY DEMAND BY DEFENDANT SEBASTIAN SOOGRIM

SEBASTIAN SOOGRIM, through undersigned counsel, Lisa L. Brown Williams, Assistant Federal Public Defender notifies the Court that he has on this 4th day of April 2022, served the Office of the United States Attorney with a Supplemental Discovery Demand by email.

Dated: April 4, 2022

Respectfully submitted,

MATTHEW CAMPBELL
FEDERAL PUBLIC DEFENDER

*s/ Lisa L. Brown Williams*
LISA L. BROWN WILLIAMS
Assistant Federal Public Defender Office
4094 Estate Diamond Ruby, Ste. 5
Christiansted, VI 00820
Tel: (340) 773-3585
E-mail: Lisa_Brown@fd.org